United States District Court
Southern District of Texas
FILED

OCT 1 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NC VENTURE I, L.P., <br> **Plaintiff** | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-189 |
| COWBOY TRAWLERS, INC., MARTIN RIVERA, MARIA E. RIVERA and the F/V DALLAS COWBOYS, her engines and nets, tackle, apparel, and furniture, etc., *in rem,* **Defendants** | § § § § § § § § | IN ADMIRALTY |

**PLAINTIFF NC VENTURE I, LP'S LIST
OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW Plaintiff, NC VENTURE I, L.P.**, and files this its list of entities it believes are financially interested in this litigation:

NC VENTURE I, L.P.
   4100 Greenbriar, Suite 180
   Stafford, Texas 77477
   (281) 265-5328
   -Plaintiff

COWBOY TRAWLERS, INC.
   105 Calle Princesa
   Brownsville, Texas 78520
   -Defendant

MARTIN RIVERA
   105 Calle Princesa
   Brownsville, Texas 78520
   (956) 554-3670
   -Defendant

MARIA E. RIVERA
105 Calle Princesa
Brownsville, Texas 78520
(956) 554-3670
-Defendant

F/V DALLAS COWBOYS, her engines, nets, tackle, apparel, and furniture, etc.,
*in rem*,
105 Calle Princesa
Brownsville, Texas 78520
(956) 554-3670
-Defendant

The Plaintiff's list of entities that it believes are financially interested in this litigation will be amended pursuant to the Court's scheduling order if parties are added or additional interested parties are identified.

Respectfully submitted,
RENTFRO, FAULK & BLAKEMORE, L.L.P

By: _____
T. Mark Blakemore
Federal ID No. 1915
State Bar No. 02431800

Attorneys for NC VENTURE I, L.P.

OF COUNSEL:
Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520

### CERTIFICATE OF SERVICE

No service is required at this time as no responsive pleadings or appearances have been filed.

_____
T. Mark Blakemore