*Maria E Rivera*

CAB-02-189

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE **10-11-02**

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER *(PRINT)* **Robert Aguilar**  TITLE **Deputy U.S. Marshal**

SOUTHERN DISTRICT
FILED
02 NOV 15 AM 11:16
MICHAEL N. MILBY, CLERK

*Check one box below to indicate appropriate method of service*

- [X] Served personally upon the defendant. Place where served: **Address listed on this Summons**

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **10-11-02**
Date

*Signature of Server* Robert Aguilar

**600 E. Harrison, Suite 1032**
**Brownsville, Texas 78520**

*Address of Server*

**This summons was executed on Maria E. Rivera on October 11, 2002 at 3:30 p.m. This process was served by one Deputy U.S. Marshal and the roundtrip mileage was eight miles.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.