AO 440 (Rev. 10/93) Summons in a Civil Action

Cowboy TRAwLeRs

**RETURN OF SERVICE**
DATE 11-4-02

Service of the Summons and complaint was made by me[(1)]
NAME OF SERVER *(PRINT)* **Robert Aguilar**   TITLE **Deputy U.S. Marshal**

02 NOV 15 AM 11:14

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **Resaca Jardin Apartment #50**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 1.82 | 45.00 | 46.82 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **November 5, 2002**    *Robert Aguilar*
   Date                              *Signature of Server*

**600 E. Harrison, Suite 1032**
*Address of Server*

The summons was served on Martin Rivera on Nov 5, 2002 at 11:00 a.m. This process was served on this individual at Resaca Jardin Apartment located at 4200 Boca Chica Blvd, Brownsville, Texas 78520. This process was served by one Deputy U.S. Marshal and the roundtrip mileage for this process was 5 miles.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.