# RENTFRO, FAULK & BLAKEMORE, L.L.P.
### ATTORNEYS, COUNSELORS AND MEDIATORS

T. Mark Blakemore
*Also licensed in Florida*
*Civil Law Notary*
Daniel Rentfro, Jr.
*Member, Attorney-Mediators Institute*
William L. Rentfro
William A. Faulk, Jr.

Jana Smith Whitworth
Daniel P. Whitworth

185 E. RUBEN M. TORRES, SR. BOULEVARD
(FM 802 AT MCALLEN ROAD)
BROWNSVILLE, TEXAS 78520-9136

Tel.: 956-541-9600
Fax: 956-541-9695
E-Mail: attorneys@rfbllp.com

Of Counsel
Daniel L. Rentfro
William A. Faulk, Sr.

Kenneth S. Harder
*Board Certified*
*Immigration & Nationality Law*
*Texas Board of Legal Specialization*

January 15, 2003

Hon. Hilda Tagle
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

re: Civil Action B-02-189, N C Venture I, LP *versus* Cowboy Trawlers Inc., *et al.*

Dear Judge Tagle:

    This correspondence is in lieu of the joint case management plan. No one has appeared for the owner or the guarantors. We will be filing a motion for default judgment that hopefully can be heard at the initial pretrial conference scheduled for January 27, 2003 at 2:45 pm.

Respectfully yours,

T. Mark Blakemore