IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NC VENTURE I, L.P., | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-189 |
| | § | |
| COWBOY TRAWLERS, INC., MARTIN | § | |
| RIVERA, MARIA E. RIVERA and the | § | |
| F/V DALLAS COWBOYS, her engines | § | IN ADMIRALTY |
| and nets, tackle, apparel, and furniture, | § | |
| etc., *in rem,* | § | |
| **Defendants** | § | |

## CLERK'S ENTRY OF DEFAULT

On January 22, 2003 plaintiff **NC VENTURE I, L.P.**'s filed its request for entry of

default against defendants, **MARTIN RIVERA**, **COWBOY TRAWLERS, INC.** and

**MARIA E. RIVERA**.  The Clerk, after reviewing plaintiff's request,

**FINDS** the record supports entry of default and so dockets the record.

SIGNED on _l - 2 2 -_____, 2003.

Michael N. Milby, Clerk
U. S. DISTRICT CLERK

By: Olivia Herty

APPROVED & ENTRY REQUESTED:
Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Boulevard
Brownsville, TX 78520-9136
(956) 541-9600 - Telephone
(956) 541-9695 - Facsimile

By:_____
T. Mark Blakemore
Federal ID No. 1915
State Bar No. 02431800
Attorneys for **NC VENTURE I, L.P.**