IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 22 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NC VENTURE I, L.P., <br> Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-189 |
| COWBOY TRAWLERS, INC., MARTIN RIVERA, MARIA E. RIVERA and the F/V DALLAS COWBOYS, her engines and nets, tackle, apparel, and furniture, etc., *in rem*, <br> Defendants | § § § § § § § | IN ADMIRALTY |

## PLAINTIFF NC VENTURE I, LP'S REQUEST FOR ENTRY OF DEFAULT

**TO THE U. S. DISTRICT CLERK:**

**COMES NOW Plaintiff, NC VENTURE I, L.P.**, by its attorney, and files this its Request for Entry of Default. Plaintiff asks the clerk of the court to enter default against defendant, as authorized by Federal Rule of Civil Procedure 55 and states as follows:

A. Introduction

1. **NC VENTURE I, L.P.** is plaintiff. **COWBOY TRAWLERS, INC., MARTIN RIVERA, MARIA E. RIVERA** and **F/V DALLAS COWBOYS**, her engines and nets, tackle, apparel and furniture, *in rem*, are defendants.

2. On September 27, 2002, plaintiff sued defendants to collect a debt and to foreclose a preferred ship mortgage against the **F/V DALLAS COWBOYS**.

3. On October 11, 2002, defendant **MARIA E. RIVERA** was served with

summons and a copy of plaintiff's complaint by personal service by a Deputy U.S. Marshal. On November 5, 2002 defendant **MARTIN RIVERA,** individually and as registered agent of **COWBOY TRAWLERS, INC.** was served with summons and copies of plaintiff's complaint by personal service by a Deputy U.S. Marshal. Copies of the returns of service are attached as **Exhibit "A".** Defendants did not file responsive pleadings or otherwise defend the suit.

4. Plaintiff is, therefore, entitled to entry of default.

### B. Argument & Authorieis

5. The clerk of the court may enter default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); N.Y. *Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

6. The clerk should enter a default against defendants because defendants did not file answers within 20 days after October 11, 2002 and November 5, 2002, respectively, the dates of service. Fed. R. Civ. P. 12(a)(1)(A).

7. Plaintiff meets the procedural requirements for obtaining entry of default from the clerk as demonstrated by T. Mark Blakemore's sworn affidavit, attached as **Exhibit "B".**

8. Because defendants did not file responsive pleadings or otherwise defend the suit, defendants are not entitled to notice of entry of default. *See Direct Mail Specialists, Inc. v. Eclat Computerized Tech., Inc.*, 840 F.2d 685, 689 (9th Cir. 1988).

### C. Conclusion

9. Plaintiff requests the entry of default in order to file its Motion for Default Judgment before this Honorable Court and to properly continue with this matter and

request arrest and sale of the defendant's vessel to satisfy any judgments granted herein.

### D. Prayer

10.  For these reasons, plaintiff asks the clerk to enter default in favor of plaintiff.

      Respectfully Submitted,

      RENTFRO, FAULK & BLAKEMORE, LLP
      185 E. Ruben M. Torres Sr. Blvd.
      Brownsville, TX 78520-9136
      (956) 541-9600-phone
      (956) 541-9695-facsimile

      _____
      T. MARK BLAKEMORE
      SBN: 02431800
      Federal Admn. No. 1915

      ATTORNEYS FOR PLAINTIFF

01802

# U.S. Department of Justice
# United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| N C VENTURE I LP | B-02-189 |
| DEFENDANT | TYPE OF PROCESS |
| MARTIN RIVERA | SUMMONS & COMPLAINT |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARTIN RIVERA

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
105 CALLE PRINCESA, BROWNSVILLE, TX 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
RENTFRO FAULK & BLAKEMORE LLP
185 E RUBEN M TORRES SR BLVD
BROWNSVILLE TX 78520-9136

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (956)541-9600
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Resaca Jardin Apartment, APT#50
4200 Boca Chica Blvd
Brownsville, Texas 78520

| Date of Service | Time | |
|---|---|---|
| 11-5-02 | 11:00 | am |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 1.82 | | 46.82 | | 46.82 | |

REMARKS: The summons was served on Martin Rivera on Nov 5, 2002 at 11:00a.m. This process was served on this individual at Resaca Jardin Apartment located at 4200 Boca Chica Blvd, Brownsville, Texas 78520. This process was served by one Deputy U.S. Marshal and the roundtrip mileage was 5 miles.

NOTE

PRIOR EDITIONS MAY BE USED
4. BILLING STATEMENT
To be returned to the U.S. Marshal with payment, if any amount is owed.
FORM USM-285 (Rev. 12/15/80)

EXHIBIT A
Page 1 of 3

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| N C VENTURE I LP | B-02-189 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| COWBOY TRAWLERS INC | SUMMONS & COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

COWBOY TRAWLERS INC by serving its registered agent, MARTIN RIVERA

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
105 CALLE PRINCESA, BROWNSVILLE, TX 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T. MARK BLAKEMORE
RENTFRO FAULK & BLAKEMORE LLP
185 E RUBEN M TORRES SR BLVD
BROWNSVILLE TX 78520-9136

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (956)541-9600
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in Remarks, the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See Remarks below).

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Resaca Jardin Apartment, APT #50
4200 Boca Chica Blvd
Brownsville, Texas 78520

Date of Service: 11-5-02
Time: 11:00 am

Signature of U.S. Marshal or Deputy: Robert Higman

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 4.00 | 1.82 | | | | 46.82 |

**REMARKS:** The summons was served on Martin Rivera on Nov 5, 2002 at 11:00 a.m. This process was served on this individual at Resaca Jardin Apartment located 4200 Boca Chica Blvd, Brownsville, Texas 78520. This process was served by one Deputy U.S. Marshal and the roundtrip mileage for this process was 5 miles.

NOTE

PRIOR EDITIONS MAY BE USED

**4. BILLING STATEMENT** To be returned to the U.S. Marshal with payment, if any amount is owed.

EXHIBIT A
Page 2 of 3

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| N C VENTURE I LP | B-02-189 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MARIA E RIVERA | SUMMONS & COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MARIA E RIVERA

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
105 CALLE PRINCESA, BROWNSVILLE, TX 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

T MARK BLAKEMORE
RENTFRO PAULK & BLAKEMORE LLP
185 E RUBEN M TORRES SR BLVD
BROWNSVILLE TX 78520-9136

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (956)541-9600
DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in Remarks, the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 10-11-02   Time: 3:30 pm

Signature of U.S. Marshal or Deputy: Robert [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 2.92 | | 47.92 | | 47.92 |

**REMARKS:** This process was executed on October 11, 2002 at 3:30 p.m. at the address listed on the summons. This process was served by one Deputy U.S. Marshal and the roundtrip mileage was eight miles.

*(Stamp: THIS IS A BILL ORIGINAL — PLEASE REMIT PAYABLE TO U.S.M.S.)*

**NOTE** — BILLED

PRIOR EDITIONS MAY BE USED — 4. BILLING STATEMENT — To be returned to the U.S. Marshal with payment, if any amount is owed.

EXHIBIT A
Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NC VENTURE I, L.P.,<br>Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-189 |
| COWBOY TRAWLERS, INC., MARTIN RIVERA, MARIA E. RIVERA and the F/V DALLAS COWBOYS, her engines and nets, tackle, apparel, and furniture, etc., *in rem,*<br>Defendants | § § § § § § | IN ADMIRALTY |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF CAMERON | § |

On this day, T. MARK BLAKEMORE appeared before me, the undersigned notary public. After I administered an oath to him, on his oath, he said:

"My name is T. Mark Blakemore, attorney for Plaintiff. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Plaintiff filed suit against defendants on September 27, 2002. Plaintiff requested service through the U. S. Marshal's office on or about September 27, 2002. MARTIN

---

Affidavit in Support of Request for Entry of Default
w:\01802*2\Affidavit in Support of Request for Default 20030121  TMB/vpg

**EXHIBIT B**
**PAGE 1 of 1**

RIVERA, individually and as registered agent for COWBOY TRAWLERS, INC. and MARIA E. RIVERA were served with summons and copies of plaintiff's complaint by personal service by a Deputy U.S. Marshal as evidenced by the U. S. Marshal's returns filed and identified as Exhibit A to the Request for Entry of Default.

The defendants MARTIN RIVERA, COWBOY TRAWLERS, INC. and MARIA E. RIVERA did not file answers within the 20 days after October 11, 2002 and November 5, 2002, respectively, the dates of service. Plaintiff is therefore entitled to a default judgment against defendants as provided by Fed. R. Civ. P. 55(a); N.Y. *Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996)."

_____
T. MARK BLAKEMORE

SWORN TO and SUBSCRIBED before me by T. Mark Blakemore on January 22, 2003.



_____
NOTARY PUBLIC, STATE OF TEXAS

Affidavit in Support of Request for Entry of Default
w:\01802*2\Affidavit in Support of Request for Default 20030121 TMB/vpg

**EXHIBIT B**
**PAGE 2 of 2**