United States District Court
Southern District of Texas
FILED

JAN 24 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NC VENTURE I, L.P., § | | |
| Plaintiff § | | |
| § | | |
| v. § | CIVIL ACTION NO. B-02-189 | |
| § | | |
| COWBOY TRAWLERS, INC., MARTIN § | | |
| RIVERA, MARIA E. RIVERA and the § | | |
| F/V DALLAS COWBOYS, her engines § | IN ADMIRALTY | |
| and nets, tackle, apparel, and furniture, § | | |
| etc., *in rem,* § | | |
| Defendants § | | |

## PLAINTIFF NC VENTURE I, LP'S
## MOTION FOR ORDER OF DEFAULT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Plaintiff, **NC VENTURE I, L.P.**, by its attorney, and files this its Motion for Order of Default Judgment pursuant to Rule E(9) and states as follows:

1.   Defendants are **COWBOY TRAWLERS, INC., MARTIN RIVERA, MARIA E. RIVERA** and the **F/V DALLAS COWBOYS, her engines and nets, tackle, apparel, and furniture, etc.,** *in rem.*

2.   On September 27, 2002, plaintiff sued defendants to foreclosure a preferred ship mortgage against the **F/V DALLAS COWBOYS**.

2.   On October 11, 2002, defendant **MARIA E. RIVERA** was served with summons and a copy of plaintiff's complaint by personal service by a Deputy U.S. Marshal. On November 5, 2002 defendant **MARTIN RIVERA**, individually and as

registered agent of **COWBOY TRAWLERS, INC.** was served with summons and copies of plaintiff's complaint by personal service by a Deputy U.S. Marshal. Defendants did not file responsive pleadings or otherwise defend the suit.

3. Plaintiff is, therefore, entitled to default judgment.

### B. Argument & Authorieis

4. On January 22, 2003, Plaintiff filed its Request to the Clerk for Entry of Default against Defendants for failure to file responsive pleadings or otherwise defended the suit. Fed. R. Civ. P. 55(a); N.Y. *Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

5. On January 22, 2003, the clerk issued its Entry of Default against defendants because defendants did not file answers within 20 days after October 11, 2002 and November 5, 2002, respectively, the dates of service. Fed. R. Civ. P. 12(a)(1)(A).

6. Because defendants did not file responsive pleadings or otherwise defend the suit, defendants are not entitled to notice of entry of default. *See Direct Mail Specialists, Inc. v. Eclat Computerized Tech., Inc.*, 840 F.2d 685, 689 (9th Cir. 1988). However, pursuant to local rule 5.6, defendants are being served with a copy of the motion for default judgment by certified mail (return receipt requested).

7. The damages set forth in Plaintiff's complaint are liquidated and proved by affidavit, attached as **Exhibit "A"**.

8. Plaintiff also seeks costs of court.

### C. Conclusion

9. Plaintiff requests an Order on Entry of Default and Default Judgment to

properly continue with this matter and request arrest and sale of the defendant's vessel to satisfy, wholly or in part, any judgments, granted herein.

### D. Prayer

10. For these reasons, Plaintiff, **NC VENTURE I, L.P.**, a limited partnership, prays for the entry of the following findings and orders:

A. That Plaintiff, **NC VENTURE I, L.P.**, is the owner and holder of a Note secured by a lien against the **F/V DALLAS COWBOYS**.

B. For a default judgment against the **COWBOY TRAWLERS, INC., MARTIN RIVERA**, individually and **MARIA E. RIVERA**, individually, in the amount of $10,726.50 plus interest in the amount of 2,821.51, attorney's fees in the amount of $4,104.34 and costs of court.

C. That the **F/V DALLAS COWBOYS** be arrested and sold by the United States Marshal.

Dated: January 24, 2003

Respectfully submitted,

RENTFRO, FAULK & BLAKEMORE, L.L.P

By: _____
T. Mark Blakemore
Federal ID No. 1915
State Bar No. 02431800

Attorneys for **NC VENTURE I, L.P.**

Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Boulevard
Brownsville, TX 78520-9136
(956) 541-9600 - Telephone
(956) 541-9695 - Facsimile
attorneys@rfbllp.com - Email

Plaintiff NC Venture I, L.P.'S Motion for Order of Default Judgment
w:\01802*2\Motion for Order of Default Judgment 20030115 TMB/vpg
Page 3 of 4

## CERTIFICATE OF SERVICE

  I hereby certify that, pursuant to the Federal Rules of Civil Procedure 5(b), on the 24th day of January, 2003, a true and correct copy of the foregoing pleading, was served upon defendants in the manner indicated below:

*Via U.S. Certified Mail, RRR#7099 3220 0000 8251 2411*
**MARTIN RIVERA**, Individually and as registered agent for
**COWBOY TRAWLERS, INC.**
Resaca Jardin Apartment, Apt #50
4200 Boca Chica Blvd.
Brownsville, Texas 78520

*Via U.S. Certified Mail, RRR#7099 3220 0000 8251 2459*
**MARIA E. RIVERA**
105 Calle Princesa
Brownsville, Texas 78520

/s/ T. Mark Blakemore
T. Mark Blakemore

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **NC VENTURE I, L.P.,** <br> **Plaintiff** | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-189 |
| **COWBOY TRAWLERS, INC., MARTIN RIVERA, MARIA E. RIVERA** and the **F/V DALLAS COWBOYS,** her engines and nets, tackle, apparel, and furniture, etc., *in rem,* **Defendants** | § § § § § § § | **IN ADMIRALTY** |

## AFFIDAVIT OF PLAINTIFF NC VENTURE I, LP
## IN SUPPORT OF MOTION FOR ORDER OF DEFAULT

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF TRAVIS | § |

1.  I am the Asset Manager of **NC VENTURE I, L.P.**, Plaintiff in this matter.

2.  The following statements are true to the best of my knowledge and belief. In my capacity as Asset Manager of Plaintiff, I am familiar with the operations and billing records of **NC Venture I, L.P.** and the following statements are true and correct and within my own personal knowledge.

3.  On September 27, 2002, Plaintiff filed a Complaint to foreclose a preferred ship mortgage against **COWBOY TRAWLERS, INC., MARTIN. RIVERA, MARIA E. RIVERA** and the **F/V DALLAS COWBOYS,** her engines and nets, tackle, apparel, and furniture, etc., *in rem,* Defendants in this matter.

Exhibit ___A___
Page __1__ Of __2__

4. Plaintiff, **NC VENTURE I, L.P.**, is the owner and holder of a Note secured by a lien against the **F/V DALLAS COWBOYS**.

5. Plaintiff is entitled to a Default Judgment against the Defendants, **COWBOY TRAWLERS, INC., MARTIN RIVERA**, individually and **MARIE E. RIVERA**, individually.

6. Plaintiff has withheld issuing a Warrant for the Arrest of **F/V DALLAS COWBOYS** in order to limit the expenses of keeping the vessel in custody of the U.S. Marshal's office or a Substitute Trustee and will request the Warrant should this honorable Court's grant Plaintiff's Motion for Order of Default Judgment.

7. Defendants are indebted to Plaintiff in the amount of $10,726.50 plus accrued interest in the amount of $2,821.51 and such interest as may accrue at the rate of ten (10%) percent per annum until paid.

8. Plaintiff has expended $3,604.34 as attorneys' fees and expenses in connection with the collection of said promissory note and foreclosure of its preferred mortgage and expect to expend an additional amount of $500.00 for a total of $4,104.34.

FURTHER AFFIANT SAITH NOT.

Dated:   January 24, 2003

_____
Jerome Johnson

SWORN TO AND SUBSCRIBED BEFORE ME by the said Jerome Johnson, Asset Manager of N.C. Venture L.P. which witness my hand and seal of office this 24th day of January, 2003.

_____
Notary Public, State of Texas

BARBARA ANN DOMAIN
MY COMMISSION EXPIRES
September 8, 2005

Exhibit ___A___
Page __2__ Of __2__