United States District Court
Southern District of Texas
RECEIVED

JAN 2 4 2003

Michael N. Milby, Clerk of Court
United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NC VENTURE I, L.P., <br> Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-189 |
| COWBOY TRAWLERS, INC., MARTIN RIVERA, MARIA E. RIVERA and the F/V DALLAS COWBOYS, her engines and nets, tackle, apparel, and furniture, etc., *in rem*, <br> Defendants | § § § § § § | IN ADMIRALTY |

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On January 27, 2003 the court considered plaintiff **NC VENTURE I, L.P.**'s Motion for Default Judgment against Defendants **MARTIN RIVERA, COWBOY TRAWLERS, INC.** and **MARIA E. RIVERA**. The clerk of court entered default on January 22, 2003. After considering the court's file, the court

**GRANTS** the motion for default judgment and renders judgment, jointly and severally, against Defendants, **MARTIN RIVERA, COWBOY TRAWLERS, INC.** and **MARIA E. RIVERA** as follows:

**ORDERED AND ADJUDGED** that Plaintiff, **NC VENTURE I, L.P.** recover of and from Defendants, **MARTIN RIVERA, COWBOY TRAWLERS, INC.** and **MARIA E. RIVERA**, the sum of $10,726.50 plus accrued interest in the amount of $2,821.51.

---

**ORDERED AND ADJUDGED** that Plaintiff, **NC VENTURE I, L.P.** recover of and from Defendants, **MARTIN RIVERA, COWBOY TRAWLERS, INC.** and **MARIA E. RIVERA**, attorney's fees in the amount of $4,104.34.

**ORDERED AND ADJUDGED** that Plaintiff, **NC VENTURE I, L.P.** recover of and from Defendants, **MARTIN RIVERA, COWBOY TRAWLERS, INC.** and **MARIA E. RIVERA**, costs of court.

**ORDERED AND ADJUDGED** that Plaintiff, **NC VENTURE I, L.P.** recover of and from Defendants, **MARTIN RIVERA, COWBOY TRAWLERS, INC.** and **MARIA E. RIVERA**, post judgment interest at the rate provided for federal judgments based on the average prices for 52-week Treasury bills. The post-judgment interest rate for judgments entered from January 27, 2003 through February 2, 2003 is 1.32 %.

**ORDERED AND ADJUDGED** that the Clerk enters such order as may be necessary to effectuate the arrest and sale of the **F/V DALLAS COWBOYS**, her engines, nets, tackle, apparel, and furniture, etc., *in rem* to satisfy this judgment, wholly or in part.

SIGNED on Jan. 27, 2003.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Boulevard
Brownsville, TX 78520-9136
(956) 541-9600 - Telephone
(956) 541-9695 - Facsimile
attorneys@rfbllp.com - Email

By: _____
   T. Mark Blakemore
Federal ID No. 1915
State Bar No. 02431800

Attorneys for **NC VENTURE I, L.P.**