## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Levesque |
| DATE | 1 — 27 — 03 |
| TIME | 2:45 p.m. — 3:05 p.m. |
| CIVIL ACTION | B — 02 — 189 |
| STYLE | NC VENTURE I, LP *versus* COWBOY TRAWLERS, INC |



United States District Court
Southern District of Texas
FILED
JAN 2 7 2003
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■ Initial Pre-Trial Hearing;         (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Mark Blakemore

Attorney(s) for Defendant(s):   None appeared

Comments

1. Plaintiff proffered documents to the Court.
2. Mr. Blakemore was sworn and testified to the reasonable ness and necessity of the attorneys' fees in this case.
3. The Court GRANTED Plaintiff's motion for order of default judgment. An order will be signed and entered.